## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Classic Dots, Inc.**
P.O. Box 74
Holly Springs,, GA 30142–0002

**58–2162918**

Case No.: **13–69813–jrs**
Chapter:  **7**
Judge:  **James R. Sacca**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### S. Gregory Hays

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

James R. Sacca
United States Bankruptcy Judge

Dated: April 14, 2015
Form 184